150 A.3d 823

**STOKES, Lavon**

**v.**

**STATE of Maryland**

**Pet. Docket No. 449, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1545, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

150 A.3d 823

**STOKES, William**

**v.**

**STATE of Maryland**

**Pet. Docket No. 360, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1396, Sept. Term, 2015).

Petition for writ of certiorari denied.